Willie Clay MEANS, Petitioner-Appellant,

v.

J. HOLLAND, Warden; Federal Bureau of Prisons, Respondents-Appellees.

No. 17-7103

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2018

Decided: February 16, 2018

Willie Clay Means, Appellant Pro Se.

Before MOTZ, KING, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Clay Means, a federal prisoner, appeals the district court's order dismissing without prejudice for lack of jurisdiction his 28 U.S.C. § 2241 (2012) petition.* We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Means v. Holland*, No. 5:16-hc-02309-BO (E.D.N.C. Aug. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED*

* To the extent Means also seeks to appeal the district court's December 27, 2017, order denying his motion to supplement, that order is not properly before us. *See* Fed. R. App. P. 4(a)(4)(B)(ii).